# United States Court of Appeals for the Federal Circuit

February 5, 2013

**ERRATA**

Appeal No. 2011-1555

**TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.,**

**v.**

**MAERSK DRILLING USA, INC.,**

Decided: November 15, 2012
Precedential Opinion

Please make the following edit:

Page 25, lines 19-20, delete "the use of".